KEITH A. JACOBY, Bar No. 150233
ROBERT W. PRITCHARD, Bar No. 76979 (*Pro Hac Vice*)
DOMINIC J. MESSIHA, Bar No. 204544
COURTNEY S. HOBSON, Bar No. 252322
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Facsimile:   310.553.5583
E-mail: kjacoby@littler.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESS BATIZ; KEVIN HEINE; PATRICIA ADKINS; GARY G. ALBRIGHT; ROBERT BASCUE; JONATHAN BEM; DELORES BRYANT; BILL BUTSON; HELEN DAVIS; CHERYL EDWARDS; KIMBERLY ELLIS; KATHY HAMILTON; WILLIAM HAMILTON; SHAWN HAND; VAN HANKINS; RALPH HARPER; CASSANDRA INGRAHAM; ARLAN JUNE; ADEBOLA KANNIKE; DANTE KNIGHTON; JAMES LAWRENCE; AMBER LAWSON; CHARLES MacNICHOLL; JOHN MAHLER; JEROME McKNIGHT; NICOLE NABINETT; DON NALLEY; GORDON NARAYAN; JOVAN THOMPSON; ERIKA TINOCO; NICHOLAS VACCARO; HENRY WARE; AIDA YILMA; and DANY YING, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN COMMERCIAL SECURITY SERVICES; ABM INDUSTRIES, INCORPORATED; ABM SECURITY SERVICES; SECURITY SERVICES OF AMERICA<br><br>Defendants. | Case No.  EDCV 06-00566 VAP (OPx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE VIRGINIA PHILLIPS<br><br>**JUDGMENT REGARDING THE CLAIMS OF PLAINTIFF GORDON NARAYAN**<br><br>**[FED. R. CIV. PROC. 56; LR 56-1]** |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

# **JUDGMENT**

This action came on regularly for hearing before the Court on March 7, 2011, the Honorable Virginia Phillips, District Judge, Presiding, on the motion of Defendants ABM Industries Incorporated; ABM Security Services; and Security Services Of America ("Defendants") for summary judgment as to the claims of Plaintiff Gordon Narayan.

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered granting the motion on March 9, 2011, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Gordon Narayan take nothing, that his claims in this action be and hereby are dismissed on the merits, and that Defendants recover their costs.

**IT IS SO ORDERED.**

Dated: _____  
March 18, 2011

_____  
HONORABLE VIRGINIA PHILLIPS  
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.