| | |
|---|---|
| 1 | KEITH A. JACOBY, Bar No. 150233 |
| 2 | ROBERT W. PRITCHARD, Bar No. 76979 (*Pro Hac Vice*)<br>DOMINIC J. MESSIHA, Bar No. 204544 |
| 3 | COURTNEY S. HOBSON, Bar No. 252322<br>LITTLER MENDELSON |
| 4 | A Professional Corporation<br>2049 Century Park East, 5th Floor |
| 5 | Los Angeles, CA 90067.3107<br>Telephone: 310.553.0308 |
| 6 | Facsimile: 310.553.5583<br>E-mail: kjacoby@littler.com |
| 7 | Attorneys for Defendants |

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESS BATIZ; KEVIN HEINE; PATRICIA ADKINS; GARY G. ALBRIGHT; ROBERT BASCUE; JONATHAN BEM; DELORES BRYANT; BILL BUTSON; HELEN DAVIS; CHERYL EDWARDS; KIMBERLY ELLIS; KATHY HAMILTON; WILLIAM HAMILTON; SHAWN HAND; VAN HANKINS; RALPH HARPER; CASSANDRA INGRAHAM; ARLAN JUNE; ADEBOLA KANNIKE; DANTE KNIGHTON; JAMES LAWRENCE; AMBER LAWSON; CHARLES MacNICHOLL; JOHN MAHLER; JEROME McKNIGHT; NICOLE NABINETT; DON NALLEY; GORDON NARAYAN; JOVAN THOMPSON; ERIKA TINOCO; NICHOLAS VACCARO; HENRY WARE; AIDA YILMA; and DANY YING, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN COMMERCIAL SECURITY SERVICES; ABM INDUSTRIES, INCORPORATED; ABM SECURITY SERVICES; SECURITY SERVICES OF AMERICA<br><br>Defendants. | Case No. EDCV 06-00566 VAP (OPx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE VIRGINIA PHILLIPS<br><br>**ORDER RE JOINT STIPULATION VOLUNTARILY DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>[F. R. Civ. P. Rule 41(a)(1)(ii)] |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1 | The Court, having read and considered The Parties' Joint Stipulation to
2 | Voluntarily Dismiss the Entire Action With Prejudice, and good cause appearing,
3 | **IT IS HEREBY ORDERED** that, pursuant to Rule 41(a)(1)(ii) of the
4 | Federal Rules of Civil Procedure, the above-captioned action on file with the above-
5 | entitled Court in Case No. EDCV 06-00566 VAP (OPx) is voluntarily dismissed with
6 | prejudice in its entirety as against all Defendants, with each party to bear its own
7 | respective costs of suit and attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 15, 2011

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.